Robert E. Sabido, OSB No. 96416
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:  (503) 323-9000
Facsimile:   (503) 323-9019

FILED'10 AUG 11 16:52USDC-ORE

Attorneys for Defendant Financial Asset
Management Systems, Inc.

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| DUSTIN ANDERSON AND KERI ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>VERIZON NORTHWEST, INC., a foreign corporation, DIRECTV, INC., a foreign corporation, FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., a foreign corporation, EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and TRANS UNION LLC, a foreign limited liability company,<br><br>Defendants. | Case No. CV10-6107 HO<br><br>**STIPULATED JUDGMENT OF DISMISSAL OF CLAIMS AGAINST DEFENDANT FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.** |

IT IS HEREBY STIPULATED by and between plaintiffs and defendant Financial Asset Management Systems, Inc. ("FAMS") that all of plaintiffs' claims against FAMS shall be dismissed with prejudice and without attorney's fees or costs to either party.

DATED: August 10, 2010

Baxter & Baxter, LLP                              COSGRAVE VERGEER KESTER LLP

/s/ Justin M. Baxter                                 /s/ Robert E. Sabido
Justin M. Baxter, OSB No. 992178      Robert E. Sabido, OSB No. 964168
Attorney for Plaintiffs                             Attorney for Defendant Financial Asset
                                                                Management Systems, Inc.

Page 1 -   **STIPULATED JUDGMENT OF DISMISSAL**                                    1006450

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiffs' claims against FAMS are dismissed with prejudice and without attorney's fees or costs to either party.

DATED: August 11, 2010

Michael R. Hogan
United States District Court Judge

Page 2 -   **STIPULATED JUDGMENT OF DISMISSAL**                                    1006450

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000