**Jennifer L. Bouman-Steagall, Esq.** (OSB #000286)
E-Mail: jennifer@elodirect.com
Employment Law Outsourcing, LLC
16200 SW Pacific Hwy., Suite H-188
Tigard, OR 97224
Telephone: 503-704-4991
Fax: 971-404-0911
Local Counsel for Defendant Trans Union, LLC

**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
Lead Counsel for Defendant Trans Union, LLC

FILED'10 DEC 28 11:21USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON (EUGENE)

| | |
|---|---|
| **DUSTIN ANDERSON and KERI ANDERSON,**<br>Plaintiffs, | CASE NO. 6:10-cv-06107-HO |
| vs. | ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY |
| **VERIZON NORTHWEST, INC.**, a foreign corporation; **DIRECTV, INC.**, a foreign corporation; **EQUIFAX INFORMATION SERVICES, LLC**, a foreign limited liability company; **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation; and; **TRANS UNION, LLC**, a foreign limited liability company;<br>Defendants. | |

Page 1 – PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
         PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiffs Dustin Anderson and Keri Anderson, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiffs Dustin Anderson and Keri Anderson against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiffs Dustin Anderson and Keri Anderson and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 12/28/2010

_____
JUDGE, United States District Court,
District of Oregon

SUBMITTED BY:

s/ William R. Brown
William R. Brown, Esq. (Admitted *Pro Hac Vice*)
Ind. Bar #26782-48
Telephone: 317-363-2400

*Lead Counsel for Defendant Trans Union, LLC*

Jennifer L. Bouman-Steagall, Esq.
OSB #00028
Telephone: 503-704-4991

*Local Counsel for Defendant Trans Union, LLC*

Page 2 – **PROPOSED ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFFS AND DEFENDANT TRANS UNION, LLC ONLY**

Distribution:

| | |
|---|---|
| Justin M. Baxter, Esq.<br>justin@baxterlaw.com | Reilley D. Keating, Esq.<br>rdkeating@stoel.com |
| Tanya A. Durkee, Esq.<br>durkeet@lanepowell.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Timothy J. O'Connell, Esq.<br>tjoconnell@stoel.com | Parna A. Mehrbani, Esq.<br>Mehrbanip@lanepowell.com |
| Jeffrey M. Edelson, Esq.<br>jeffedelson@mhgm.com | Keasha Ann Broussard, Esq.<br>abroussard@kslaw.com |
| B. Ben Mohandesi, Esq.<br>bmohandesi@reedsmith.com | William R. Brown, Esq.<br>wbrown@schuckitlaw.com |
| Jennifer L. Bouman-Steagall, Esq.<br>jennifer@elodirect.com | |